FILED by ___TM___ D.C.
ELECTRONIC
Dec 18, 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 12-80235-CR-MARRA/MATTHEWMAN

CASE NO. _____

16 USC § 703(a)
16 USC § 707(a)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAUL HIDALGOS,

    Defendant.

_____/

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

On or about November 28, 2011 in Palm Beach County, in the Southern District of Florida, the defendant,

**RAUL HIDALGOS,**

did unlawfully take, possess, and kill, one or more migratory birds, to wit, two (2) Cooper's Hawks, a species listed as protected in the list of migratory birds, Title 50, Code of Federal Regulations, Section 10.13(c)(1).

In violation of Title 16, United States Code, Sections 703(a) and 707(a)

### COUNT 2

On or about August 22, 2012, in Palm Beach County, in the Southern District of

Florida, the defendant,

**RAUL HIDALGOS,**

did unlawfully take and possess a migratory bird, that is, a Cooper's Hawk, a species listed as protected in the list of migratory birds, Title 50, Code of Federal Regulations, Section 10.13(c)(1).

In violation of Title 16, United States Code, Sections 703(a) and 707(a)

## COUNT 3

On or about August 22, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RAUL HIDALGOS,**

did unlawfully take and possess one or more migratory birds, to wit, Indigo Buntings and Painted Buntings, species listed as protected in the list of migratory birds, Title 50, Code of Federal Regulations, Section 10.13(c)(1).

In violation of Title 16, United States Code, Sections 703(a) and 707(a).

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

RAUL HIDALGOS,

           **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami    ____ Key West
____ FTL    _X_ WPB    ____ FTP

New Defendant(s)    Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _Yes_
   List language and/or dialect    _Spanish_

4. This case will take __1__ day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)           (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | _X_ |
   | IV | 21 to 60 days | ____ | Felony | ____ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes: Magistrate Case No. _____
   Related Miscellaneous numbers: _CVB Citation No. 3128055 (U.S. Fish and Wildlife)_
   Defendant(s) in federal custody as of _n/a_
   Defendant(s) in state custody as of _n/a_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

                             _____
                             JOHN C. McMILLAN, JR.
                             ASSISTANT UNITED STATES ATTORNEY
                             Admin. No. A5500228

*Penalty Sheet(s) attached

REV.4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  RAUL HIDALGOS

Case No. _____

Counts # 1-3:
16 USC §§ 703(a) and 707(a)

Taking or Killing of Listed Migratory Birds

*Max. Penalty: 0-6 Months Imprisonment; $150,000 Fine; not more than 1 year supervised release

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

1

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: RAUL HIDALGOS

$100,000 Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   John C. McMillan, Jr.

Last Known Address: _____

What Facility: _____

Agent(s): Officer William Calvert
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
U.S. Fish and Wildlife Service